## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-215-GCM-DCK

|  |  |
|---|---|
| JOYCE NIVENS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　　Defendants. | **ORDER TO ADMIT PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff Joyce Nivens' "Application For Admission To Practice Pro Hac Vice" (Document No. 3) filed May 5, 2010 for Admission *Pro Hac Vice* of Karl E. Osterhout pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Karl E. Osterhout of the law firm of Karl E. Osterhout, LLC is a member in good standing of the Bar of the State of Pennsylvania and is admitted to practice in other Courts.

It further appears that Mr. Osterhout has associated George C. Piemonte of the Law Offices of Paul M. Goodson as local counsel.

**IT IS THEREFORE ORDERED** that Karl E. Osterhout be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as co-counsel appearing for Plaintiff Joyce Nivens.

Signed: May 6, 2010

David C. Keesler
United States Magistrate Judge