IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv215

| | | |
|---|---|---|
| JOYCE DENISE NIVENS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the court upon the Memorandum and Recommendation of United States Magistrate David C. Keesler, filed July 29, 2011. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. No objections have been filed.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and that the recommendation to deny the Plaintiff's Motion for Summary Judgment and grant the Defendant's Motion for Judgment on te Pleadings is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are hereby affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation of the magistrate is hereby AFFIRMED.

Signed: September 30, 2011

Graham C. Mullen
United States District Judge